FILED
UTAH APPELLATE COURTS

MAY 10 2022

# EXHIBIT 3

## IN THE UTAH COURT OF APPEALS

| | |
|---|---|
| KEMING LU,<br>Petitioner,<br>*v.*<br>UTAH LABOR COMMISSION, AND NORTHERN UTAH HEALTHCARE CORPORATION D/B/A ST. MARKS HOSPITAL<br>Respondents. | ORDER<br><br>Case No. 20220188-CA |

This matter is before the court on Petitioner's Pro Se Motion for Transferring the Case to the District Court.

Petitioner sought judicial review of the Appeals Board of the Utah Labor Commission's January 19, 2022 decision. On April 5, 2022, this court issued an Order of Summary Affirmance declining to disturb the Board's decision.

Petitioner now requests that this court transfer the appeal to the district court so that the district court may take testimony. Petitioner's motion is not well taken. There is no provision in the Utah Rules of Appellate Procedure contemplating the relief that Petitioner seeks in transferring her completed administrative appeal to the district court for testimony.

Accordingly, IT IS HEREBY ORDERED that Petitioner's Motion for Transferring the Case to the District Court is denied.

DATED this __10th__ day of May, 2022.

FOR THE COURT:

_____
Michele M. Christiansen Forster, Judge

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, a true and correct copy of the foregoing ORDER was deposited in the United States mail or was sent by electronic mail to be delivered to:

KEMING LU
KEMINGXJ@YAHOO.COM

CHRISTOPHER C. HILL
CHILL@UTAH.GOV

KIRSTEN R. ALLEN
KALLEN@FABIANVANCOTT.COM

LISA HOGAN
NICHOLAS R. SANTUCCI
LHOGAN@BHFS.COM
NSANTUCCI@BHFS.COM


By _____*Alexis Ney*_____
Alexis Ney
Judicial Assistant

Case No. 20220188
District Court No. 8090160