**EXHIBIT 4**

The Order of the Court is stated below:
Dated: August 15, 2022     /s/ John A. Pearce
07:21:27 AM                     Justice

# IN THE SUPREME COURT OF THE STATE OF UTAH

----ooOoo----

| | |
|---|---|
| Keming Lu, Petitioner, v. Labor Commission and Northern Utah Healthcare Corporation D.B.A. St. Marks Hospital, Respondents. | ORDER<br><br>Supreme Court No. 20220539-SC<br><br>Court of Appeals No. 20220188-CA<br><br>Trial Court No. 8090160 |

----ooOoo----

This matter is before the Court upon a Petition for Writ of Certiorari, filed on June 8, 2022.

IT IS HEREBY ORDERED that the Petition for Writ of Certiorari is denied.

**End of Order - Signature at the Top of the First Page**