Lisa Hogan (16233)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Telephone:  303-223-1100
lhogan@bhfs.com

*Attorney for Defendant Northern Utah Healthcare
d/b/a St. Mark's Hospital*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KEMING LU,<br><br>  Plaintiff,<br><br>v.<br><br>NORTHERN UTAH HEALTHCARE d/b/a ST. MARK'S HOSPITAL, et al.,<br><br>  Defendants. | Case No. 2:22-cv-00602-DAO<br><br>**ORDER GRANTING DEFENDANT NORTHERN UTAH HEALTHCARE D/B/A ST. MARK'S HOSPITAL'S MOTION TO DISMISS PLAINTIFF'S PETITION FOR WRIT OF CERTIORARI**<br><br>Magistrate Judge Daphne A. Oberg |

THIS COURT having reviewed Defendant Northern Utah Healthcare d/b/a St. Mark's Hospital's Motion to Dismiss Plaintiff's Petition for Writ of Certiorari ("Motion"), and otherwise being fully advised, hereby GRANTS the Motion and ORDERS that Plaintiff's Petition for Writ of Certiorari is hereby dismissed in its entirety with prejudice and Plaintiff shall not be entitled to re-file another complaint against the Hospital.

2

Signed this ___ day of _____, 2022.

                                                    BY THE COURT

                                                    _____

                                                    Daphne A. Oberg
                                                    United States Magistrate Judge